points upon the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, and one photostatic copy of each exhibit with this court on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said proceeding to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. MAHONEY v. HENRY J. NOBLE, as Warden of the Penitentiary of the City of New York, Rikers Island, et al.— Motion for an enlargement of time denied... The provisions of the Civil Practice Act, not the Code of Criminal Procedure, are applicable to this appeal. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. WALTER WHITE.— Motion to dispense with printing denied with leave to defendant to renew on proper papers containing an affidavit showing the exact financial status of defendant. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ TOMMY PRISCO v. LEE MAGID, Individually and Doing Business under the Names of LORNA MUSIC COMPANY and ALEXIS MUSIC, INC., et al.— Motion for a stay granted on the following conditions: (1) plaintiff, within 10 days after the entry of the order herein, shall execute a stipulation that should he ultimately succeed upon the appeal in this action he will not seek interest from defendant, Radio Corporation of America, on the royalties allegedly due from defendant, Radio Corporation of America; (2) plaintiff, within 10 days after the entry of the order herein, shall furnish a surety company bond in the amount of $1,000 to secure the defendants for costs and the stakeholder Radio Corporation of America for any additional interest charges; and (3) that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ MOLLIE MATZKIN v. HARRY RUDERMAN.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ CATHERINE R. HALLENBECK v. SIDNEY S. GREENBERG et al. SIDNEY S. GREENBERG v. JULES YABLOK et al.— Motion to dismiss appeals granted unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ CATHERINE R. HALLENBECK v. SIDNEY S. GREENBERG et al. SIDNEY S. GREENBERG v. JULES YABLOK et al.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. SAM CARSON and JOHN FOSTER. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ODELL STEWART. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH RELLA. (D) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK GRECO. (E) THE PEOPLE OF THE STATE OF NEW YORK v. RUTH STEIN and AL RUBIN. (F) THE PEOPLE OF THE STATE OF NEW YORK v. AUSTIN BELL. (G) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPHINE PADILLA. (H) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN HAYES. (I) THE PEOPLE OF THE STATE OF NEW

YORK v. WILLIAM HAGGINS. (J) THE PEOPLE OF THE STATE OF NEW YORK v. GUS MITCHELL.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of JACOB KOTCHER v. NATIONAL FAMILY STORES CORPORATION et al.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated April 28, 1961. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ AMERICAN FIDELITY FIRE INSURANCE COMPANY v. LAURENCE G. DUNTON.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of JAURALE CORPORATION v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the respondent-appellant-respondent procures its points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of JOSEPH S. RICH, Deceased. FRIEND L. TUTTLE, Appellant; GEORGE DINES et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ RAYMOND TORRES, JR., an Infant, by RAYMOND TORRES, SR., His Guardian ad Litem, et al., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK. — Motion to dispense with printing granted insofar as to dispense with the printing of the respondents' points on condition that the respondents serve one typewritten copy of their respondents' points on the Corporation Counsel of the City of New York and file six typewritten copies of their respondents' points with this court. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ Jo ANN NARCISCO, an Infant, by Her Guardian ad Litem, MICHAEL NARCISCO, v. PAUL ROBINSON et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ ROSE CHERNOFF v. SUNSHINE PACKING CORP. OF PENNSYLVANIA et al. — Motion for an extension of time granted insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points to and including May 25, 1961, with notice of argument for June 6, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ BARBARA A. AMODIO, an Infant, by MICHAEL J. AMODIO, Her Guardian ad Litem, et al., v. NEW YORK CITY HOUSING AUTHORITY.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Motion to dispense with